FILED
2025 Aug-22 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MEOSHA GOODE,** | ) | **Summons** |
| **Plaintiff,** | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **v.** | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | **CIVIL ACTION CASE NUMBER: 5:25-cv-01321-CLM** |
| **Defendant.** | ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY c/o The Prentice-Hall Corporation System, Inc. 541 South Lawrence Street Montgomery, AL 36104** by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).



Signature of Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, a copy of the foregoing has been served on the following Defendant by using the CM/ECF system and/or U.S. Mail, postage prepaid and properly addressed:

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**c/o The Prentice-Hall Corporation System, Inc.**
**541 South Lawrence Street**
**Montgomery, AL 36104**

David P. Martin