FILED
2025 Aug-22 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MEOSHA GOODE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | ) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>**CIVIL ACTION CASE NUMBER:**<br>**5:25-cv-01321-CLM** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**c/o The Prentice-Hall Corporation System, Inc.**
**541 South Lawrence Street**
**Montgomery, AL 36104**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**David P. Martin**
**The Martin Law Group, LLC**
**P.O. Box 20087**
**Tuscaloosa, AL 35402**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 8/22/25

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

RECEIVED

AUG 2 2 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _______ day of ________________, __________, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at ____________________________________________

______________________________________________________________________

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

______________________________________________________________________

______________________________________________________________________

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

______________________________________________________________________

______________________________________________________________________

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

____________________ ______________________________________

***Date*** ***Authorized or Specially Appointed Process Server***

Costs of Service: Service fee: $

Expenses: ______ miles @ _________cents $______________

TOTAL $