USPS TRACKING #

9590 9402 6959 1104 5354 64

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk of Court
Northern District of AL
1729 5th Avenue North
Birmingham, AL 35203

5:25-cv-01324-CLM
Neosha Goode v. Lincoln

FILED
2025 Sep-02 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
c/o The Prentice Hall Corporation System Inc.
541 S Lawrence St.
Montgomery, AL 36104

9590 9402 6959 1104 5354 64

2. Article Number *(Transfer from service label)*

7017 3380 0000 9030 6610

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Kelly Webster

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
8-25-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2025 SEP -2 P 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt