FILED
2025 Oct-10 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

**MEOSHA GOODE,**
Plaintiff,

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
Defendant.

**Case No. 5:25-cv-1321-CLM**

## SCHEDULING ORDER

This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause. The dates, deadlines, and discovery limits in this case are set forth below:

| **Event** | **Date/Deadline** |
|---|---|
| Initial Disclosures | Exchanged on or by September 29, 2025 |
| Deadline to Join Parties or Amend Pleadings | P: January 3, 2026<br><br>D: January 31, 2026 |
| Expert Reports | P: March 24, 2026<br><br>D: April 23, 2026 |
| Rule 26(e) Supplementation | Follow Fed. R. Civ. P. 26(e)(1)(a) |
| Joint Status Report | May 26, 2026 |
| All discovery complete (written discovery and depositions, including experts) | June 23, 2026 |
| Status Conference (telephone) | June 30, 2026, at 9:00 AM<br>*call-in information will be provided* |

| | |
|---|---|
| Dispositive Motions | July 27, 2026<br>*Follow App'x II* |
| Witness and Exhibit Lists<br><br>Objections & Motions in Limine<br><br>Responses to Objections/MILs | November 13, 2026<br><br>November 20, 2026<br><br>December 4, 2026<br><br>*Follow App'x IV* |
| Pretrial Conference | December 11, 2026, at 9:00 AM<br>Anniston Federal Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201 |
| Jury Trial | January 11, 2027, starting at 9:00 AM<br>Huntsville Federal Courthouse<br>660 Gallatin Street, SW, Courtroom 5<br>Huntsville, AL 35801 |

The discovery limits in this case are set forth below:

| **Form of Discovery** | **Limitations** |
|---|---|
| Interrogatories | 25 each party, due 30 days after service |
| Requests for Admissions | 30 each party, due 30 days after service |
| Requests for Production | 30 each party, due 30 days after service |
| Depositions | 5 each party, 7 hours each |

The parties will be provided call-in information for the June 30, 2026, telephone status conference before the phone call.

The parties shall file the joint status report on CM/ECF, and the report shall include (a) a description of the discovery that has been completed, (b) an explanation of what discovery still needs to be completed, and (c) the parties'

plan for getting the outstanding discovery completed by the discovery deadline. The purpose of the joint status report is to ensure that the parties are on track to complete discovery by the June 23, 2026, discovery deadline.

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order. All motions in limine, and all responses thereto, must comply with all requirements of Appendix IV to this court's Uniform Initial Order. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** on October 10, 2025.

_______________________________
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE