FILED
2025 Oct-13 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **MEOSHA GOODE,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **v.** | ) **Civil Action No.: 5:25-cv-1321-CLM** |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S INITIAL DISCLOSURES**

**1. Witnesses. The Plaintiff provides to the Defendant the name, address and telephone number, so far as known, of each individual believed by the Plaintiff to have discoverable, non-privileged or personal knowledge, concerning any significant factual issue specifically raised in the pleadings or identified by the parties in their report to the Court under Federal Rules of Civil Procedure 26(f), and the Plaintiff further appropriately indicates the subjects about which the person is believed to have such knowledge and which may not be in the claim record Defendant has maintained:**

| Name | Contact Information | Knowledge on Issues |
|---|---|---|
| Meosha Goode | Plaintiff's counsel | All claims asserted |

| | | |
|---|---|---|
| Janelle P. | Lincoln National Life Ins. Co. | Receipt of letter demanding good cause documenting breach of fiduciary duties and reasons why a response was rejected. Also improper tolling and refusal to consider nerve conduction study, and physician opinions on pain. Decision made during own occupation using the "any occupation" standard. |
| Dr. Henry Richardson | Lincoln National Life Ins. Co. | Errors and omissions in his report, failure to consider treating doctor opinions and findings and failure to disagree and point out issues with treating doctors. |
| Nicole H. Vocational Consultant | Lincoln National Life Ins. Co | TSA fails to account for experience and training for occupations never performed. |
| Dave Bledeoe | See report furnished | FCE provider |
| Dr. Aaron Karr | See medical records and report provided. | Limitations and pain of Ms. Goode. |
| Any person whose name appears in the claim record | | It is anticipated that such persons will have knowledge of information relevant to the portion of the claim record in which their name appears. |
| Any persons identified by Defendant | | Facts and circumstances for which they are disclosed. |
| Any person identified during discovery | | |

| | | |
|---|---|---|
| All treating providers | Contact information in claim record. | Treatment and limitations. |
| Those to be supplemented | | We reserve the right to supplement and add or remove witnesses noted. |

**2. <u>Documents</u>. The Plaintiff provides a description by category and location all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses for inspection and copying, as under Federal Rule of Civil Procedure 34, all documents, data compilations, and tangible things in their possession, custody or control that may be used by the Plaintiff (other than for impeachment) in support of their contentions with respect to any significant factual issue in this case:**

| **Documents** | **Location** | **Custody** |
|---|---|---|
| Claim record furnished in response to letter requesting this sent 11-20-24 | Plaintiff's Counsel's office – Filevine Server | Plaintiff's Counsel and defendant's possession |
| Medical records and medical opinions for July | Plaintiff's Counsel's office – Filevine Server | Plaintiff's counsel and defendant's possession |

| | | |
|---|---|---|
| 1, 2023 through December 2024 | | |
| Functional capacity evaluation | Plaintiff's Counsel's office – Filevine Server and in Defendant's possession | Plaintiff's Counsel and defendant's possession |
| All documents identified or described by Defendant may be used. | Not received yet. | Not received yet. |
| Such documents as may be obtained during discovery | Not received yet. | Not received yet. |

**3. <u>Damages</u>. The Plaintiff provides to all other parties in this litigation the computation of any category of damages claimed by her, making available for inspection and/or copying, as under Federal Rule of Civil Procedure 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computations are based, including materials bearing on the nature and extent of injuries suffered:**

| Damages | Description | Computation |
|---|---|---|
| Benefits | Own occupation time frame and any occupation at $1538.34 per month. | Hours still accumulating but will be furnished with a demand as to hours at that time |
| Interest | 8% per month each benefit is late. | Interest is still accumulating but will be furnished with a demand as when made. |
| Attorney's Fees | Hourly rate for clients without a retainer. | Hours still accumulating but will be furnished with a demand as to hours at that time. |

**4. <u>Insurance</u>. The Plaintiff discloses to all parties that Plaintiff is not aware of any insurance agreement under which any insurer may be liable to satisfy a part or all of the judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy judgment other than the Defendant named in this lawsuit.**

Respectfully submitted,

*/s/ David P. Martin*

David P. Martin
ASB-3500-M68D
*Counsel for Plaintiff*
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402
Phone (205) 343-1771
Facsimile (205)343-1781
david@erisacase.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the persons below by the CM/EFC system and/or U.S. Mail this 13th day of October, 2025:

**Iwana Rademakers**
**(*Admitted Pro Hac Vice*)**
**Texas Bar No. 16452560**
**Attorney for Defendant**
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
**17304 Preston Road, Suite 800**
**Dallas, Texas 75252**
**Email: iwana@rademaekerslaw.com**

**Matthew W. Robinett**
**ASB-3523-I72M**
**Attorney for Defendant**
**NORMAN, WOOD, KENDRICK & TURNER**
**Ridge Park Place, Suite 3000**
**1130 22nd Street South**
**Birmingham, AL 35205**
**Email: mrobinett@nwkt.com**

*/s/ David P. Martin*
OF COUNSEL