FILED
2026 Jan-05 AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Meosha Goode, | } | |
| | } | |
| | } | |
| | } | |
| Plaintiff, | } | Case Number: 5:25-cv-1321-HDM |
| | } | |
| v. | } | |
| | } | |
| The Lincoln National Life Insurance Company, | } | |
| | } | |
| Defendant. | } | |

## CLERK'S MINUTE ENTRY
## OF JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE,** (Doc. 13), with costs taxed as paid. At the direction of the Court, this case is **CLOSED.**

DATED: January 5, 2026

GREER M. LYNCH, CLERK

By: *C. Berryman*
Deputy Clerk